IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT MATHIS,

   *Plaintiff*,

v.                             Case No.: 4:22cv172-MW/MAF

ARAMARK CORR. SERV. LLC,
et al.,

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i)." The Clerk shall close the file.

**SO ORDERED on July 18, 2022.**

                                                          <u>s/Mark E. Walker              </u>
                                                          **Chief United States District Judge**